## A99A0404. ROUNDTREE v. THE STATE.
(516 SE2d 533)

McMurray, Presiding Judge.

Defendant was tried before a jury and convicted of robbery. This appeal followed the denial of defendant's motion for new trial. *Held*:

Defendant contends the State's eyewitness testimony was insufficient to authorize the jury's finding that he committed the robbery. This assertion is without merit.

> Determinations of witnesses' credibility, including the accuracy of eyewitness identification, are within the jury's exclusive province. *Norris v. State*, 258 Ga. 889, 890 (1) (376 SE2d 653) (1989). Our role [as an appellate court] is limited to evaluating the sufficiency of the evidence, not reweighing it. *Pardo v. State*, 215 Ga. App. 317 (1) (450 SE2d 440) (1994).

*Jones v. State*, 232 Ga. App. 630 (502 SE2d 557). The victim's testimony that defendant assaulted and robbed him is sufficient to authorize the jury's finding that defendant is guilty, beyond a reasonable doubt, of the crime charged in the case sub judice. *Jackson v. Virginia*, 443 U. S. 307 (99 SC 2781, 61 LE2d 560).

*Judgment affirmed. Andrews and Ruffin, JJ., concur.*

DECIDED APRIL 14, 1999.

*Straughan & Straughan, William T. Straughan*, for appellant.

*Timothy G. Vaughn, District Attorney, Russell P. Spivey, Karen J. Rice, Assistant District Attorneys*, for appellee.